UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00082-FDW-SCR

| TB, | ) | |
| --- | --- | --- |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| NATIONSTAR MORTGAGES, LLC, MR. COOPER GROUP, INC., AMERICAN INTERNATIONAL INSURANCE GROUP, | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. Plaintiff filed the *pro se* Complaint on January 24, 2024. (Doc. No. 1.) The Court denied Plaintiff's initial motion to proceed *in forma pauperis* ("IFP") and gave Plaintiff twenty-one (21) days from the entry of the Order to pay the filing fee or re-file an IFP Application explaining Plaintiff's inability to pay the costs of these proceedings. (Doc. No. 3.) Plaintiff was advised this case would be dismissed without further notice, and without prejudice, should Plaintiff fail to comply with the Court's Order. (Id.) To date, Plaintiff has not paid the filing fee and has not refiled an IFP Application.

**IT IS THEREFORE ORDERED** that Plaintiff shall have **twenty-one (21) days** from entry of this Order to pay the required filing fee or refile an IFP Application. **Failure to do so in accordance with this Order will result in this action being dismissed without prejudice and closed without notice.**

Signed: September 17, 2024

**IT IS SO ORDERED.**

Frank D. Whitney
United States District Judge