UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00082-FDW-SCR

| | |
|---|---|
| TB, | ) |
|     **Plaintiff,** | ) |
| v. | )    **ORDER** |
| NATIONSTAR MORTGAGES, LLC, MR. COOPER GROUP, INC., AMERICAN INTERNATIONAL INSURANCE GROUP, | ) |
|     **Defendants.** | ) |

**THIS MATTER** is before the Court *sua sponte* as to the status of this case. On February 5, 2024, the Court issued an Order denying Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs without prejudice and allowing Plaintiff to pay the filing fee or refile an Application within twenty-one days. (Doc. No. 3.) Plaintiff did not do either. On September 18, 2024, the Court issued an Order directing Plaintiff to pay the filing fee or refile an Application within twenty-one days. (Doc. No. 4.) Plaintiff did not pay the filing fee and did not refile an Application, and the time to do so has passed. Accordingly, Plaintiff's case is **DISMISSED without prejudice**. The Clerk of Court is respectfully directed to **CLOSE THE CASE**.

    **IT IS SO ORDERED**.

Signed: October 15, 2024

Frank D. Whitney
United States District Judge